arbitrators. (*Wiberly* v. *Matthews*, 91 N. Y. 648; Civ. Prac. Act, § 1457.) The orders are, therefore, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion to confirm the majority award of the arbitrators granted, with ten dollars costs. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

SAMUEL KOLODNY, Appellant, v. HYMAN LIPMAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

GIUSEPPE LICHARDELLO, Respondent, v. TURNER & BLANCHARD, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

ISIDOR LORIA, Respondent, v. MARKEL-TUCKER-COOK CO., INC., and Another, Appellants, Impleaded with Others, Defendants.— Orders denying motions to dismiss complaint, to separately state and number causes of action, and to make certain allegations in the complaint more definite and certain, affirmed, with ten dollars costs on each appeal, and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

GEORGE NEUBERGER, Appellant, v. IMPORTERS AND TRADERS NATIONAL BANK OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Jaycox, Manning and Kapper, JJ., concur; Kelly, P. J., and Rich, J., dissent and vote to reverse.

FRANZ PORT, Respondent, v. KATIE HOLZINGER, Appellant, Impleaded with Another, Defendant. (Appeal No. 2.) — Order denying defendant, appellant's motion for judgment on the pleadings affirmed, without costs, on authority of *Port* v. *Holzinger, No. 1* (*ante*, p. 124), decided herewith. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

FRANZ PORT, Respondent, v. ELIZABETH STARKE, etc., Appellant, Impleaded with Another, Defendant. (Appeal No. 3.) — Order denying defendant, appellant's motion for judgment on the pleadings affirmed, without costs, on authority of *Port* v. *Holzinger, No. 1* (*ante*, p. 124), decided herewith. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, on Petition of MARY PUGLISI, Respondent, v. GENEVIEVE COLLIER, Appellant.— Judgment of conviction of the Children's Court, county of Westchester, reversed on the law and the facts, fine remitted, and complaint dismissed. The prosecution failed to establish beyond a reasonable doubt that the force used by the defendant in correcting the pupil was unreasonable in manner and immoderate in degree. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

LOUIS WAGNER and Others, Respondents, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Order denying defendant's motion to compel plaintiffs to reply to four separate defenses pleaded in the defendant's answer, affirmed with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

NATHAN C. WEIL, Respondent, v. BERNARD HEINZ, Appellant:— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

IRVING ADER, as Administrator, etc., of BERNARD ADER, Deceased, Appellant, v. MOLLY BLAU, Defendant, Impleaded with HERMAN S. EMIL, Respondent.—